## ADAMS v. STATE.
### No. 25214.

Court of Criminal Appeals of Texas.
March 21, 1951.

Rehearing Denied May 2, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $125.

Appellant waived trial by jury and entered his plea of guilty before the court.

As the record before us contains neither bills of exception nor a statement of facts, nothing is presented for review.

The judgment of the trial court is affirmed.